VINEYARD et al., Appellants, v. MATNEY.

**Practice.** The Supreme Court will not review the rulings of the trial
court on the admissibility of evidence, unless the attention of the
latter court has been called to the supposed error by the motion for
new trial. It is not sufficient that exceptions were duly taken at
the trial.

*Appeal from Buchanan Circuit Court.*—HON. JOS. P. GRUBB,
Judge.

*Vories, Loan* and *Vineyard* for appellants.

*Bennett Pike* for respondent.

SHERWOOD, C. J.—Action based on written contract.
The case hinges upon the propriety of the admission of
parol evidence in reference to that contract. Although
exception was taken to the admission of such evidence,
yet, as the attention of the court was not called to the al-
leged error in the motion for new trial, and opportunity
thus afforded for correction of the supposed error, we can-
not notice the point here. *Brady v. Connelly,* 52 Mo. 19 ;
*Saxton v. Allen,* 49 Mo. 417 ; and the case stands here pre-

cisely as if the evidence had been admitted without objection. *Margrave v. Ausmuss,* 51 Mo. 561. Judgment affirmed. All concur.

AFFIRMED.